UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MUSA SIRAT, | § |
| Petitioner, | § § § |
| v. | § CIVIL ACTION NO. 4:26-cv-01417 |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § § § § |
| Respondents. | § § |

# ORDER

The respondents have filed a motion requesting an additional 10 days to file a responsive pleading. The motion (Dkt. No. 6) is **GRANTED**. The respondent's answer or other responsive pleading is due by **March 20, 2026**.

The Clerk shall provide a copy of this Order to the parties.

SIGNED on March 9, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge