United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUSA SIRAT, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-01417 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner has filed a motion for an extension of time to file a reply to the respondents'

motion for summary judgment.  (Dkt. No. 9).  The petitioner requests a new deadline of April 9,

2026.  The motion (Dkt. No. 9) is **GRANTED**.  The petitioner's reply is due by **April 9, 2026**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on March 31, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge