United States District Court
Southern District of Texas

**ENTERED**

October 28, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUSA SIRAT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01417 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS REPORT**

The petitioner, Musa Sirat, is a citizen of Iran. He filed a petition for a writ of habeas corpus challenging his detention by United States immigration officials.

On March 20, 2026, the respondents filed a motion for summary judgment claiming that the petitioner's removal was imminent. That was over seven months ago.

It is ORDERED that the respondents file a status report within ten days of the date of this order informing the Court of the status of the petitioner's removal. If it is not anticipated that the petitioner will be removed within 30 days of the date the status report is due, the respondents will show cause why the petitioner should not be released from custody under *Zavydas v. Davis*, 533 U.S. 678 (2001).

It is so ORDERED.

SIGNED on October 28, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge